IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-50725

1: 11-cr-644-(01)
(02)

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JIMMIE WALDEN; GENEVIEVE WALDEN,

Defendants - Appellants

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2013
Lyle W. Cayce
Clerk

FILED
SEP 2 7 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

Appeal from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of September 23, 2013, for want of prosecution. The appellants failed to timely comply with the Court's notice of August 14, 2013.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest       2 3 SEP 2013
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                Deputy
New Orleans, Louisiana

**RECEIVED**
SEP 2 7 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____LYLE W. CAYCE
                  CLERK
                  DEPUTY

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 23, 2013

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 13-50725    USA v. Jimmie Walden, et al
                        USDC No. 1:11-CR-644-1
                        USDC No. 1:11-CR-644-2

MEMORANDUM TO ALL:

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _Dantrell Johnson_____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Mr. Joseph H. Gay, Jr.
    Ms. Genevieve Walden
    Mr. Jimmie Walden